UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SHEIK FRANCIS SMITH-BEY,       )
                               )
                  Petitioner,  )
       v.                      )   No. 1:11-cv-0502-JMS-TAB
A. FINNAN,                     )
                               )
                  Respondent.  )

**Entry Directing Treatment of Documents**

**I.**

The petitioner's inquiry filed on August 19, 2011, refers to the cluster of documents received by the clerk on July 18, 2011. That cluster of documents was not related to this case, did not constitute a "complaint" such as would be sufficient to commence a new civil action, and shall be returned to the petitioner with his copy of this Entry so that he may put them to whatever use is appropriate.

**II.**

If the petitioner intends to file a civil action, he may benefit from consideration of the following:

- A civil action is commenced by the filing of a complaint. 1 James Wm. Moore, et al., **MOORE'S FEDERAL PRACTICE** § 3.02[1] (3d ed.2000) ("an action is not commenced by . . . filing a motion with the court . . . .").

- If a complaint is filed, it shall be composed in compliance with the following guidelines: (a) the complaint shall comply with the requirement of Rule 8(a)(2) of the Federal Rules of Civil Procedure that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."; (b) the complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; (c) the complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury; and (d) the complaint shall contain a clear statement of the relief which is sought.

A complaint could not now be properly filed in the above action. Thus, a complaint must also be accompanied by either the $350.00 filing fee or by a request to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 08/23/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Sheik Francis Smith-Bey
DOC #955755
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064